**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RODNEY A. ADKINS**     **PLAINTIFF**
**ADC #97368**

v.     **CASE NO. 5:13CV00160 BSM**

**DEBORAH L. YORK, Health Service**
**Administrator, Varner Unit, ADC; et al.**     **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe, addressing Mr. Adkins's failure to state a claim upon which relief may be granted with respect to defendants Iko and Peters, has been reviewed, along with the filed objections. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects.

Accordingly, defendants Iko and Peters are dismissed due to Mr. Adkins's failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 23rd day of August 2013.

                                           _____
                                           UNITED STATES DISTRICT JUDGE